### Richard STYPMANN, Plaintiff— Appellant,

v.

### Gavin NEWSOM, Mayor;  et al., Defendants—Appellees.

### No. 05–16186.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 23, 2006.*

Decided Jan. 27, 2006.

Richard Stypmann, San Francisco, CA, pro se.at

Jennifer Choi, G. Scott Emblidge, Esq., Lena Guillen, Esq., Moscone, Emblidge & Quadra, LLP, San Francisco, CA, for Defendant-Appellee.

---

Before: T.G. NELSON, SILVERMAN and BYBEE, Circuit Judges.

### MEMORANDUM **

A review of the record and the response to the court's October 18, 2005 order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we *sua sponte* summarily affirm the district court's judgment.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

